UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Omar Osman Mohamed,

                                                                                                 18 cv 1113 (DLC)

                        Petitioner,

    - v. –                                                                             S8 06cr0600-44 (DLC)

United States of America,

                        Respondent.

------------------------------------------------------

## EXHIBITS TO PETITION FOR A WRIT OF ERROR CORAM NOBIS

 

                                                    DUANE MORRIS LLP
                                                    Thomas R. Newman   (TN8170)
                                                    Kimball Ann Lane     (KL8931)
                                                    1540 Broadway
                                                    New York, NY 10036
                                                    (212) 692-1028/1023

## EXHIBITS

1. Omar Osman Mohamed's affidavit, 12/3/19
2. Order of removal, 10/15/19
3. Notice of Appeal from order of removal, 11/14/19
4. Requests to travel to family gatherings
5. Government Sentencing Memorandum
6. Dismissal of all charges in St. Croix, WI
7. Information and Allocution transcript
8. Criminal Docket
9. Post-conviction petition to vacate 2008 conviction filed 11/29/18
10. Order denying petition as untimely, 4/9/19
11. Defendant's Sentencing Memorandum
12. Sentencing Transcript, 2/8/08
13. Memorandum Opinion - Jury Instructions in 06 Cr. 600 (DLC)
14. Sen. Russell Feingold's remarks at Senate Subcommittee Hearing, 7/11/06
15. DEA's Khat Sting Stirs Up Somali 'Cultural Clash,' L.A. Times
16. Making A Federal Case Out Of An Obscure Leaf, msnbc
17. Corrected Opinion and Order on defendants' motion to dismiss, 1/30/07
18. Khadija Adani Mohamed's Affidavit, 12/4/19
19. Thomas R. Newman's Affidavit, 11/18/19
20. *State v. Nkiam*, 243 N.C. App. 777, 789, 778 S.E.2d 863, 871–72 (N.C. App. 2015)
21. *Hernandez v. State*, 61 So. 3d 1144, 1151 (Fla. 3d Dist. App. 2011), *approved*, 124 So. 3d 757 (Fla. 2012)
22. *Encarnacion v. State*, , 295 Ga. 660, 663, 763 S.E.2d 463, 466 (2014)
23. *Ebrahim v. LeConey,* 2012 WL 6155655 (WDNY.2012)